United States District Court
Southern District of Texas
**ENTERED**
March 31, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JESUS MEJIA GALLARDO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-02245 |
| | § | |
| PAMELA JO BONDI, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Order of Dismissal, this case is **DISMISSED without prejudice.**

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED this ____31st____ day of March 2026.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE